Bradley J. Nash
Partner

212 612-0684
bnash@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

December 24, 2019

<u>BY ECF</u>
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Hanover Specialties, Inc. v. Les Revêtements Polyval Inc.*,
       Case No. 19-CV-3732 (KAM) (CLP)

Dear Judge Pollak:

This firm has been retained to represent Defendant Les Revêtements Polyval Inc. d/b/a Polyval Coatings Inc. in the above-referenced action.

I write to inform the Court that the parties have agreed that Defendant will respond to the Complaint on December 26, 2019.

We thank the Court for its attention to this matter.

Sincerely,

*[signature]*

Bradley J. Nash


<u>Copies To:</u>
Michael Taubenfeld, Esq.