| Column | Questions- Description |
|---|---|
| **Job Number** | Hanover Job Number |
| **Job Name** | Job Name, Location |
| **SQ Ft** | Total Sq Footage of Job |
| 1 | Polyval binder was used Y/N |
| 2 | **Invoice Number**-Likely order date and batch/lot number for PolyVal binder used for project or Invoice # for Polyval shipment? Include order date, the amount paid, the type and amount of Binder purchased, the Binder lot number, and the relevant delivery location and date(s)) |
| 3 | Type of Binder |
| 4 | Quantity of binder used in gallons |
| 5 | If non-PV binder used, have invoices for orders with competitors (please provide b/c the Court believes they are entitled to know if competitor binder failed as well)? |
| 6 | Have invoices for end customer for initial install? |
| 7 | Date of Installation? |
| 8 | Have emails/photos or other complaints from customers/indication of failure? |
| 9 | Damages for each project (what financial harm did Hanover suffer from the defective binder?) Include the precise nature and cost of any repairs done at the site |
| 10 | Documents showing damages for project? |
| 11 | How and when Hanover first learned about a failure at the installation site |
| 12 | The nature of the alleged failure experienced at the installation site |
| 13 | Have evidence that supports the argument that the alleged failures were caused by Polyval's Binder? |
| 14 | Any other materials used to create the rubber layer of the PIP Surfacing (including manufacturer information) |
| 15 | The ambient temperature at the installation site at the time of the installation |
| 16 | The date Hanover performed any repairs at the installation site |
| 17 | Whether the repairs are complete, and if not, the nature and cost of any remaining repairs; |
| 18 | The name, address, telephone number and email address of each person responsible for the repairs (including, if a Hanover employee, the person's job title and responsibilities at Hanover) |

| Hanover Job Number | Job Name, Job Location | SQ FT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H-5227 | Bush ES  St Paul, TX | 2750 | Yes | 114837 | Aromatic | 412.50 | Polyval was sole supplier for this job | Yes | 7/11/2016 | None available | $15,858.99 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 75/96 | 8/2/2017 | Yes | Please see doc #s P003281-3283 |
| H-5314 | Laurel Hills Raleigh, NC | 20338 | Yes | 114939 | Aromatic | 3050.70 | Polyval was sole supplier for this job | Yes | 8/8/2016 | Yes; See P001249-1 | $35,000.00 | Yes | See P001249-1339 | Bubbling, Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 59/96 | 10/12/2016, 12/19/2 | Yes | Please see doc #s P003281-3283 |
| H-5445 | Kennedy Brothers- 2 El Paso, TX | 1500 | Yes | 116588 | Aromatic | 225.00 | Polyval was sole supplier for this job | Yes | 1/26/2017 | Yes; see P001395-P | $8,190.18 | Yes | 10/26/2018; see P001395-P001436 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 28/62 | 1/10/2019 | Yes | Please see doc #s P003281-3283 |
| H-5450 | Northside ES Siloam, AR | 3944 | Yes | 117105 | Aromatic | 591.60 | Polyval was sole supplier for this job | Yes | 3/31/2017 | Yes; See P001444-1 | $22,748.39 | Yes | See P001444-1452 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 36/79 | 3/1/2018 | Yes | Please see doc #s P003281-3283 |
| H-5454 | Downtown Park Southern Pines, NC | 3155 | Yes | 117595 | Aromatic | 473.25 | Polyval was sole supplier for this job | Yes | 4/3/2017 | None available | $21,949.35 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 50/84 | 10/19/2018 | Yes | Please see doc #s P003281-3283 |
| H- 5494 | Valley Stream UFSD 24, Valley Stream, NY | 9980 | Yes | 117597 | Aromatic | 1497.00 | Polyval was sole supplier for this job | Yes | 4/14/2017 | Yes; See P001600 | $64,794.60 | Yes | See P001600 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 28/52 | 4/10/2017 | Yes | Please see doc #s P003281-3283 |
| H-5308 | NE Community Frisco, TX | 4230 | Yes | 117597 | Aromatic | 634.50 | Polyval was sole supplier for this job | Yes | 4/21/2017 | None available | $26,421.39 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 50/84 | 4/17/2018 | Yes | Please see doc #s P003281-3283 |
| H- 5464 | Little River Park, Moore , OK | 9528 | Yes | 118131 | Aromatic | 1429.20 | Polyval was sole supplier for this job | Yes | 5/12/2017 | Yes | $75,685.83 | Yes | 11/16/2017 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 48/94 | 7/13/2017 | Yes | Please see doc #s P003281-3283 |
| H- 5502 | Rockville Centre Rec Center, Rockville Center, NY | 7458 | Yes | 117593 | Aromatic | 1118.70 | Polyval was sole supplier for this job | Yes | 5/12/2017 | Yes | $2,800 | Yes | 6/1/2017 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 47/77 | June 2017 and 3/1 | Yes | Please see doc #s P003281-3283 |
| H-5510 | Dutton Park Holland, MI | 3000 | Yes | 117845 | Aromatic | 450.00 | Polyval was sole supplier for this job | Yes | 5/24/2017 | None available | $22,195.79 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 48/71 | 7/23/2018 | Yes | Please see doc #s P003281-3283 |
| H-5521 | Roswell Schools - Roswell, NM | 2704 | Yes | 118237 | Aromatic | 405.60 | Polyval was sole supplier for this job | Yes | 7/7/2017 | Yes | $14,355.61 | Yes | Learned through representative phone call; unsure of exact date. see P001740-1748 for related communication | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 67/99 | Unsure at this stage | Yes | Please see doc #s P003281-3283 |
| H-5451 | Chandler Park Mansfield, TX | 6540 | Yes | 118514 | Aromatic | 981.00 | Polyval was sole supplier for this job | Yes | 7/20/2017 | Yes | $39,543.30 | Yes | 2/15/2018; See P001503-1513 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 73/101 | 3/18/2018 | Yes | Please see doc #s P003281-3283 |
| H-5569 | Charlotte Anderson ES Arlington, TX | 7431 | Yes | 118381 | Aromatic | 1114.65 | Polyval was sole supplier for this job | Yes | 7/31/2017 | Yes | $43,558.30 | Yes | May 2018; See P001717-1722 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 75/99 | 8/13/2017 | Yes | Please see doc #s P003281-3283 |
| H- 5623A | Veterans Memorial Park Wading River, NY | 1200 | Yes | 118824 | Aromatic | 180.00 | Polyval was sole supplier for this job | Yes | 8/18/2017 | None available | $7,376.38 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 74/81 | 8/20/2017 | | Please see doc #s P003281-3283 |
| H-5568 | 106 2nd Ave SE Roseau, MN | 1111 | Yes | 121675 | Aromatic | 166.65 | Polyval was sole supplier for this job | Yes | 8/26/2017 | None available | $8,391.63 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 55/72 | 6/5/2018 | Yes | Please see doc #s P003281-3283 |
| H-5608 | Theodore Roosevelt School Oyster Bay, NY | 3600 | Yes | 118824 | Aromatic | 540.00 | Polyval was sole supplier for this job | Yes | 9/2/2017 | None available | $27,066.09 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 50/79 | Unsure at this stage | Yes | Please see doc #s P003281-3283 |
| H-5583 | Freindship Park Carlsbad, NM | 9555 | Yes | 119260 | Aromatic | 1433.25 | Polyval was sole supplier for this job | Yes | 10/15/2017 | Yes | $72,126.80 | Yes | 11/8/2017, 6/8/2018; see P001740-1829 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 41/92 | 10/11/2018 | Yes | Please see doc #s P003281-3283 |
| H-5637 | Multhoma Fairview, OR | 4206 | Yes | 119690 | Aromatic | 630.90 | Polyval was sole supplier for this job | Yes | 10/23/2017 | None available | $31,403.34 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 44/71 | 9/12/2018 | Yes | Please see doc #s P003281-3283 |
| H-5649 | Centenial Park Blanding, UT | 4500 | Yes | 119911 | Aromatic | 675.00 | Polyval was sole supplier for this job | Yes | 11/13/2017 | Yes | $40,328.27 | Yes | June 2018; See P002337 | Cracking -Lifting- Seam Spliting -Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 29/68 | 10/28/2018 | Yes | Please see doc #s P003281-3283 |

| Hanover Job Number | Job Name, Job Location | SQ FT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H-5634 | Callaway Gardens Center Pine Mountain, GA | 6130 | Yes | 119961 | Aromatic | 919.50 | Polyval was sole supplier for this job | Yes | 11/27/2017 | Yes | $42,197.27 | Yes | 4/25/2018; see P002046 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 36/74 | 6/8/2018 | Yes | Please see doc #s P003281-3283 |
| H-5616 | Gardner School Lincolnshire, IL | 9025 | Yes | 120093 | Aromatic | 1353.75 | Polyval was sole supplier for this job | Yes | 12/6/2017 | None available | No current damage | No current damages | No current damages | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR |  | 4/25/2021 | Yes | Please see doc #s P003281-3283 |
| H-5647 | Collegiate School, New York, NY | 10067 | Yes | 120093 | Aromatic | 1510.05 | Polyval was sole supplier for this job | Yes | 12/8/2017 | None available | $73,194.27 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 22/58 | 8/3/2018 | Yes | Please see doc #s P003281-3283 |
| H-5695 | Crooked Creek Park Indian Trail, NC | 6270 | Yes | 120421 | Aromatic | 940.50 | Polyval was sole supplier for this job | Yes | 1/27/2018 | None available | $87,034.78 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 34/78 | 2/7/2019 | Yes | Please see doc #s P003281-3283 |
| H-5630 | Oak Park Flower Mound, TX | 4000 | Yes | 120241 | Aromatic | 600.00 | Polyval was sole supplier for this job | Yes | 1/28/2018 | None available | $19,656.07 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 35/76 | 2/6/2018 | Yes | Please see doc #s P003281-3283 |
| H -5825 | Nob Hill-Ruidoso,NM | X | Yes | 120844 | Aromatic | 0.00 | Polyval was sole supplier for this job | Yes | 3/27/2018 | Yes | $83,689.70 | Yes | 9/27/2019 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 61/100 | 10/2/2018 | Yes | Please see doc #s P003281-3283 |
| H -5825 | Sierra Vista Primary Ruidoso, NM | X | Yes | 120844 | Aromatic | 0.00 | Polyval was sole supplier for this job | Yes | 3/27/2018 | Yes | No current damage | No current damages | No current damages | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 61/100 | Repairs incomplete; | Repairs incomplete; | Please see doc #s P003281-3283 |
| H-5777 | San Gabriel Park, Georgetown, TX | 5153 | Yes | 121094 | Aromatic | 772.95 | Polyval was sole supplier for this job | Yes | 4/6/2018 | Yes | $37,563.00 | Yes | June 2018; See P002490 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 41/85 | 8/23/2018 | Yes | Please see doc #s P003281-3283 |
| H-5661 | Sacramore Park Everett, MA | 7365 | Yes | 117597 | Aromatic | 1104.75 | Polyval was sole supplier for this job | Yes | 9/28/2017 | None available | $59,522.58 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 30/52 | 4/10/2018 | Yes | Please see doc #s P003281-3283 |
| H-5650 | Gardner School Schaumburg, IL | 6370 | Yes | 121094 | Aromatic | 955.50 | Polyval was sole supplier for this job | Yes | 4/23/2018 | Yes | No current damage | No current damages | No current damages | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR |  | Repairs incomplete; | Repairs incomplete; | Please see doc #s P003281-3283 |
| H-5784 | Rotary Park, Calsbad , NM | 3200 | Yes | 121094 | Aromatic | 480.00 | Polyval was sole supplier for this job | Yes | 4/30/2018 | Yes | $36,005.00 | Yes | June 2018; see P001739 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 41/92 | 11/12/2018 | Yes | Please see doc #s P003281-3283 |
| H-5760 | Holiday Park, Cheyenne, WY | 5400 | Yes | 121852 | Aromatic | 810.00 | Polyval was sole supplier for this job | Yes | 6/8/2018 | None available | $56,700.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR |  | 8/10/2022 | Yes | Please see doc #s P003281-3283 |
| H- 5744 | Texoma Health Foundation, Denison, TX | 4231 | Yes | 121852 | Aromatic | 634.65 | Polyval was sole supplier for this job | Yes | 6/22/2018 | None available | $21,419.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 76/101 | 8/11/2018 | Yes | Please see doc #s P003281-3283 |
| H-5769 | City of Camden, Camden, TN | 1320 | Yes | 122296 | Aromatic | 198.00 | Polyval was sole supplier for this job | Yes | 7/9/2018 | None available | $16,734.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 42/66 | 6/30/2018 | Yes | Please see doc #s P003281-3283 |
| H-5837 | Jal Public School, Jal, NM | 3538 | Yes | 122296 | Aromatic | 530.70 | Polyval was sole supplier for this job | Yes | 8/8/2017 | None available | $30,851.69 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR |  | 8/7/2018 | Yes | Please see doc #s P003281-3283 |
| H-5859 | Gateway Park Playground, Debarry FL | 4220 | Yes | 122764 | Aromatic | 633.00 | Polyval was sole supplier for this job | Yes | 8/16/2018 | Yes; see P002623 | $25,855.00 | Yes | Feb 2018; see P002623 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 72/94 | 7/18/2019 | Yes | Please see doc #s P003281-3283 |
| H-5890 | Gaston Day School, Gastonia, NC | 2880 | Yes | 122764 | Aromatic | 432.00 | Polyval was sole supplier for this job | Yes | 8/28/2018 | Yes; see P002699-7 | $20,662.00 | Yes | October 2018; see P002699-700 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 57/93 | 12/3/2018 | Yes | Please see doc #s P003281-3283 |
| H-5955 | O'Toole ES, Chicago, IL |  | Yes | 122765 | Aromatic | 0.00 | Polyval was sole supplier for this job | Yes | 9/7/2018 | Yes; see P002807 | $29,490.00 | Yes | January 2019; see P002807 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 58/95 | 4/19/2019 | Yes | Please see doc #s P003281-3283 |
| H-5945D | Deluca ES, North Babylon, NY | 7400 | Yes | 122764 | Aromatic | 1110.00 | Polyval was sole supplier for this job | Yes | 9/7/2018 | None available | $45,135.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 63/92 | Unsure at this stage | Yes | Please see doc #s P003281-3283 |
| H-5863 | Escambia Westgate, Pensacola, FL | 5230 | Yes | 122764 | Aromatic | 784.50 | Polyval was sole supplier for this job | Yes | 9/14/2018 | Yes | $11,867.00 | Yes | November 2018; see P002674-5 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 76/76 | 12/14/2018 | Yes | Please see doc #s P003281-3283 |
| H-5945E | Marion G Vedder, North Babylon, NY | 7400 | Yes | 122765 | Aromatic | 1110.00 | Polyval was sole supplier for this job | Yes | 9/14/2018 | None available | $32,039.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 62/82 | Unsure at this stage | Yes | Please see doc #s P003281-3283 |

| Hanover Job Number | Job Name, Job Location | SQ FT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H-5836 | Lake Maude Rec Park, Winter Haven, FL | 5215 | Yes | 123240 | Aromatic | 782.25 | Polyval was sole supplier for this job | Yes | 10/12/2018 | Yes; see P002632 | $27,628.00 | Yes | P002632 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 74/89 | 10/10/2018 | Yes | Please see doc #s P003281-3283 |
| H-5934 | City of Savannah, Savannah, GA | 4455 | Yes | 123068 | Aromatic | 668.25 | Polyval was sole supplier for this job | Yes | 10/30/2018 | None available | $44,108.00 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 0/72 | Unsure at this stage | Yes | Please see doc #s P003281-3283 |
| H-5071 | Wallace Primary School | Not requ | Yes | Not requesting | Aromatic | Not requesting | Polyval was sole supplier for this job | Yes | Not requestin | Yes; see P00264 | No current damage | No current damages | No current damages | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | Not requ | 3/18/2018 | Repairs incomplete; | Please see doc #s P003281-3283 |
| H-5663 | Canyon View Park | Not requ | Yes | Not requesting | Aromatic | Not requesting | Polyval was sole supplier for this job | Yes | 1/15/2018 | None available | No current damage | No current damages | No current damages | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | Not requ | Repairs incomplete; | Repairs incomplete; | Please see doc #s P003281-3283 |
| H-5899 | Layfayette Meadows | Not requ | Yes | Not requesting | Aromatic | Not requesting | Polyval was sole supplier for this job | Yes | 9/14/2018 | Yes | $15,250 | Yes | January 2020; see P002980 | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | 83/61 | Spring 2020 | Yes | Please see doc #s P003281-3283 |
| H-6286 | Garden Park | 1100 | Yes | Unsure at this | Aromatic | 165.00 | Polyval was sole supplier for this job | Unsu | Unsure at this | None available | $16,000 | Yes | Learned through representative phone call; unsure of exact date. | Cracking -Lifting- Seam Spliting - Degranulation- Discoloration | Polyval was sole supplier for this job | EPDM / SPR | Unsure | 11/7/2022 | Yes | Please see doc #s P003281-3283 |