# Hanover Specialties Inc.
35 Feldland Street
Bohemia, NY 11716

Voice: 631-231-1300
Fax: 631-231-1329

# INVOICE

Invoice Number: 16640
Invoice Date: Oct 3, 2017
Page: 1

*Duplicate*

**Bill To:**
AK Sales and Consulting Inc.
1202 E 19th Street
ROSWELL, NM 88201

**Ship to:**
Friendship Park
468 East Riverside Dr
CARLSBAD, NM 88220

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AK | 3355 H-5583 | Net 5 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
|  | Truck |  | 10/8/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 9,555.00 | VIT | Vitriturf Poured In Place System-Materials & Installation | 12.10 | 115,615.50 |
| 1.00 | TAX | *If this purchase is not subject to tax, please provide PROOF of appropriate sales tax exemption by faxing to 631-231-1329 asap. Thank you! | | |

Check/Credit Memo No: Multiple Payments Received

| | |
|---|---|
| Subtotal | 115,615.50 |
| Sales Tax | |
| Total Invoice Amount | 115,615.50 |
| Payment/Credit Applied | 115,615.50 |
| **TOTAL** | **0.00** |

P001830

| JOB NAME | Freindship Park | | | | INSTALL DATE | 10/6/17 |
|---|---|---|---|---|---|---|
| JOB NUMBER | H-5583 | | | | REPAIR DATE | |

| QUANTITY MATERIALS: | DESCRIPTION | MATERIAL COST | UNIT WEIGHT | FRIEGHT IN | PRICE PER LB | COST TOTAL |
|---|---|---|---|---|---|---|
| | Buffing | 14.75 | 50 | 0.89 | 1.18 | 0.00 |
| | Sprinkle Flex | 6.00 | 50 | 0.36 | 0.48 | 0.00 |
| | 5 Gal Polyval Binder Base | 60.00 | 45 | 3.60 | 4.93 | 0.00 |
| | | | | | | |
| | Beige | 46.50 | 55 | 2.79 | 3.64 | 0.00 |
| | Black | 12.25 | 55 | 0.74 | 0.96 | 0.00 |
| 80 | Blue | 47.50 | 55 | 2.85 | 3.71 | 4028.00 |
| | Brown | 50.00 | 55 | 3.00 | 3.91 | 0.00 |
| | Gold | 49.00 | 55 | 2.94 | 3.83 | 0.00 |
| | Gray | 48.5 | 55 | 2.91 | 3.79 | 0.00 |
| | Green | 47.00 | 55 | 2.82 | 3.67 | 0.00 |
| | Light Blue | 50.00 | 55 | 3.00 | 3.91 | 0.00 |
| | Lt Green | 49.00 | 55 | 2.94 | 3.83 | 0.00 |
| | Red | 43.50 | 55 | 2.61 | 3.40 | 0.00 |
| | Teal | 50.50 | 55 | 3.03 | 3.95 | 0.00 |
| | Yellow | 51.50 | 55 | 3.09 | 4.03 | 0.00 |
| | | | | | | |
| 10 | 5 Gal Polyval Binder Top | 77.00 | 50 | 4.62 | 6.16 | 816.20 |
| | Whip | 580.00 | 2000 | 34.80 | 35.09 | 0.00 |
| | Dust | 13.25 | 50 | 0.80 | 1.06 | 0.00 |
| | Black Micro | 15.00 | 50 | 0.90 | 1.20 | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | TK System | 35.00 | 50 | 2.10 | 2.80 | 0.00 |
| MEI | Invoice # 67242 | | | | | 21350.00 |
| MEI | Invoice # 67249 | | | | | 22963.00 |
| 3 | Shipping | | | | | 12200.00 |
| | | | | | | |
| **MATERIAL TOTALS** | | | | | | $61,357.20 |

| MISCELLEANOUS COSTS | DESCRIPTION | NOTE | | | PRICE | TOTAL MISC |
|---|---|---|---|---|---|---|
| | Forklift | | | | | |
| | Barnco | TK | | | | 3809.60 |
| **MISCELLEANOUS TOTAL** | | | | | | **$3,809.60** |

| DAYS HOURS WORKED | NAME | NOTE | | EXTRA DOUBLE | PAY RATE | TOTAL LABOR COST |
|---|---|---|---|---|---|---|
| 10 | Marco | Base & Top | | | 250.00 | 2500.00 |
| 10 | Mike | Base & Top | | | 175.00 | 1750.00 |
| 10 | Carlos | Base & Top | | | 155.00 | 1550.00 |
| | | | | | | |
| 2 | Marco | Extra Pay | | | 250.00 | 500.00 |
| 2 | Mike | Extra Pay | | | 175.00 | 350.00 |
| 2 | Carlos | Extra Pay | | | 155.00 | 310.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| **LABOR TOTALS** | | | | | | $6,960.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL MATERIALS | | | | $61,357.20 |
| TOTAL LABOR | | | | $6,960.00 |
| MISCELLEANOUS COSTS | | | | $3,809.60 |
| TOTAL JOB COSTS | | | | $72,126.80 |

P001831